J. EDWARD MEYER et al., Respondents, v. VILLAGE OF KINGS POINT, Appellant.— In an action for a judgment declaring a provision of the zoning ordinance of the appellant village to be invalid, order denying appellant's motion to dismiss the complaint for insufficiency, and granting respondents' motion to strike out two affirmative defenses, which allege that the action is barred by reason of noncompliance with section 341-b of the Village Law, affirmed, with one bill of $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur. [See *post*, p. 1066.]

JOSEPH MINO, Respondent, v. KATINA ELLENIOS, Appellant.— In an action for specific performance of a contract of sale embodied in a lease, order and judgment (one paper) granting respondent's motion for summary judgment under rule 113 of the Rules of Civil Practice and directing specific performance by appellant; providing for surrender of possession of an apartment occupied by appellant in the building and, in event possession thereof be withheld in violation of the decree, requiring the sheriff to put respondent into possession thereof under section 985 of the Civil Practice Act, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

LAWRENCE NELSON, Respondent, v. JOHN W. GALBREATH, Appellant.— Action to recover real estate broker's commissions claimed to have been earned by plaintiff. Defendant appeals from an order insofar as it grants plaintiff's motion for an examination of the defendant before trial. Order affirmed, without costs, the examination to proceed on five days' notice. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

MICHAEL ROONEY et al., Respondents, v. HENRY FEINSTEIN, Appellant.— Action to recover damages for libel. Defendant appeals from an order denying his motion to dismiss complaint for insufficiency. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.